UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-60929-CIV-COHN/WHITE

KELVIN JEAN-BAPTISTE,

       Movant,

vs.

UNITED STATES OF AMERICA,

       Respondent.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE AND DISMISSING CASE

       This matter is before the Court on the Report of Magistrate Judge [DE 15] ("Report").  Plaintiff has filed no objections to the Report and the time for filing objections has passed.  The Court has carefully reviewed the Report and is otherwise fully advised in the premises.

       In Plaintiff's Complaint, he asserts that the Court should vacate his sentence because he received ineffective assistance of counsel.  Specifically, Plaintiff contends that his counsel was ineffective for failing to investigate wiretap evidence and challenging the admissibility of that evidence.  The record, however, offers no facts that cast doubt on the admissibility of the referenced evidence.  Furthermore, the record shows Plaintiff made a knowing and voluntary plea.  Accordingly, for the reasons set forth in the Report, it is **ORDERED AND ADJUDGED** as follows:

1.     Judge White's Report [DE 15] is **ADOPTED**.
2.     Plaintiff's Complaint [DE 1] is **DISMISSED**.
3.     The Clerk shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of February, 2011.

*[signature: James I. Cohn]*
JAMES I. COHN
United States District Judge